# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SELMA DIVISION

| | | |
|---|---|---|
| **ARABELLA SHEEHAN, on behalf of herself and all others similarly situated** | ) ) ) | |
| **Plaintiffs,** | ) ) | |
| **v.** | ) ) | **Case No. 2:18-CV-00100-KD-MU** |
| | ) ) | |
| **AMERICAN FIDELITY GENERAL AGENCY, INC.** | ) ) ) | |
| **Defendant.** | ) | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(1)(A)-(B) of the Federal Rules of Civil Procedure, Plaintiff Arabella Sheehan stipulates that this action is hereby <u>dismissed with prejudice</u>. Plaintiff Sheehan further states that this matter has not been certified as a class action and Stephanie Bowman, Crystal Hanna, Sabrina Scott and Roseanne Wiggins's claims were previously dismissed pursuant to the Court's January 3, 2019 Order (Doc. 53).

*s/ Todd Campbell*
*Attorney for Plaintiff Arabella Sheehan*

**OF COUNSEL:**
**CAMPBELL PARTNERS**
505 North 20th Street, Suite 1600
Birmingham, AL 35203
Telephone: (205) 224-0754
Email: todd@campbellpartnerslaw.com

*s/ Thomas J. Butler*
Thomas J. Butler (ASB-7790-T75T)
Mark D. Foley, Jr. (ASB-3536-G20M)
*Attorneys for Defendant American Fidelity General Agency, Inc.*

**OF COUNSEL:**
**MAYNARD, COOPER & GALE, P.C.**
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203-2618
Telephone: (205) 254-1000
Email: tbutler@maynardcooper.com
Email: mfoley@maynardcooper.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 27, 2019, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Southern District of Alabama by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.


*s/ Todd Campbell*

OF COUNSEL